IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00594-M-RJ

ALICIA FRAZIER,

        Plaintiff,

v.

S&ME, INC.,
RACHEL TZORTZIS, and
MEREDITH L. KEYES,

        Defendants.

ORDER

This matter comes before the court on an Amended Complaint filed as a matter of course by the Plaintiff pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure.[1] DE 16. "Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiff's filing, Defendant's Motion to Dismiss [DE 11] is DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this 2d day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff avers that, in the Amended Complaint, she "has sufficiently alleged all of the required elements to support each of its claims and has met the requirement of a notice pleading." DE 17.